## ELIJAH *v.* TAYLOR.

(April Term, 1865.)

NON-JOINDER IN ERROR — *submission of a cause ex parte.*

THE counsel for the plaintiff in error suggested to the court that the rule to join in error heretofore entered in this case, had expired, and there was no joinder, but he desired a decision upon the errors assigned; he inquired what would be the proper step to take in view of the condition of the record.

Per CURIAM: If the judgment below should be reversed for non-joinder in error, no opinion would be given upon the

merits ; the counsel for the plaintiff in error can, however, submit the case upon his part, and we will decide it without the joinder in error. And that was done.